IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 10, 2009

Charles R. Fulbruge III
Clerk

No. 08-10067
Summary Calendar

GLORIA ANNETTE FORD

Plaintiff-Appellant

V.

MEDICAL CENTER OF MESQUITE; TEXAS WORKFORCE COMMISSION

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas
3-07-cv-0678-L

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

Gloria Annette Ford, proceeding pro se, appeals the dismissal without prejudice of claims that she brought but failed to prosecute, even after ample warnings from the court. She provides no grounds on which the district court erred and therefore the judgment of that court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.